Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

BW
USDC- GREENBELT
'23 JUN 26 PM 1:55

Carissa N. Gregory

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DEPARTMENT OF THE ARMY
UNITED STATES ARMY CADET COMMAND

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. MJM 23CV1722

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Carissa N. Gregory |
| Street Address | 418 Orchard Crest Circle |
| City and County | New Market - Frederick County |
| State and Zip Code | MD, 21774 |
| Telephone Number | 301-305-6118 |
| E-mail Address | gregory.carissa@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Michael G. Mourouzis
    Job or Title (if known): COL, SF Commanding
    Street Address: 2175 Reilly Road, Stop A
    City and County: Fort Bragg - Cumberland County
    State and Zip Code: North Carolina 28310-5000
    Telephone Number: 910-643-0116
    E-mail Address (if known):

Defendant No. 2

    Name: Donyeill A. Mozer
    Job or Title (if known): LTC, LG - Professor of Military Science
    Street Address: McDaniel College - 2 College Hill
    City and County: Westminster, Carroll County
    State and Zip Code: Maryland, 21157
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: MSG Nicholas W. Martinelli
    Job or Title (if known): MSG
    Street Address: McDaniel College - 2 College Hill
    City and County: Westminster, Carroll County
    State and Zip Code: Maryland, 21157
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See Attachment A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See Attachment B

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please See Attachment C

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/25/2023

Signature of Plaintiff

Printed Name of Plaintiff   Carissa N Gregory

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**Attachment A**

**If the Basis for Jurisdiction Is a Federal Question**
List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. This court has jurisdiction over the Plaintiffs' state law claims under the statutory law pursuant to Amdt5.4.3 The General Protections Against Self Incrimination Doctrine and Practice guaranteeing the Plaintiffs' right to not be compelled to give evidence against themselves, and rights were violated when the confession was coerced and because those claims are joined with substantial related claims under federal law. The court has subject matter jurisdiction over those claims pursuant to and coupled with the Article 31(b) of the Uniform code of military justice (10.U.S.C. §831) protecting US armed forces service members against compulsory self-incrimination requiring to be informed of the alleged offense before being questioned, additionally AMDt14.S1.3 which the federal court guarantees "procedural due process" affirming that the federal court has jurisdiction to protect the Plaintiff's fourteenth amendment's right that the government may not infringe even if it provides procedural protections. "Substantive due process" holding that there are certain fundamental rights that the government may not infringe even if it provides procedural protection.
2. The court has jurisdiction over the Plaintiffs state law claims under Amdt14.S1.5.4.5 Impartial Decision Maker in that under the due process clause the decision to deprive a person of protected interest in either a criminal or civil case be entrusted to an impartial decision maker, there is a presumption of honesty and integrity in those serving as adjudicators. The Plaintiffs' decision makers in her decision was not impartial.
3. The court has jurisdiction over the Plaintiffs state law claims under Amdt14.S1.5.4.4 the Required Records Doctrine requiring the government to maintain certain documents which are part of the official record.
4. The court has jurisdiction over the Plaintiffs state law claims under Amdt14.S1.8.1.2 Equal Protection where as the Plaintiff being the only women and the only African American of the four cadets students disenrolled and subsequently the only former cadet being prosecuted to repay the debt.

Attachment B

Statement of Claim

I am claiming that the United States Army Cadet Command release me from my claim of repaying the alleged debt of $55,820 for the following reasons:

1. Plaintiff signed a contract with the ROTC program on August 24, 2015
2. On Saturday, January 21, 2017, cadet command at Hood College, Master Sergeant Nick Martinelli, required all contracted cadets to report to campus for a meeting where allegations of drug use were made against some cadets.
3. Cadre claimed the allegations were supported by video and photo evidence, further stating that any denial of the allegations would be ignored by Cadet Command
4. Then, cadre required the cadets facing allegations to make verbal and written statements confessing to the allegations, or face removal from the program. Cadre clarified that admitting to the allegations would not lead to dismissal from the program, as admitting to the allegations would allow Cadre to assist the cadets in arguing against the false allegations.
5. Lieutenant Colonel Eric Atherton had a meeting in his office with the cadets' facing allegations, and made those cadets immediately write and submit a confession to the allegations, or else face dismissal from the program.
6. In order to obtain the false written confession, LTC Atherton told the Plaintiff that he would testify in Plaintiff's defense during cadet command's proceedings, but later refused to assist.
7. Cadet Command informed the cadets that a drug test was going to be conducted in order to support their allegations, but that drug test was never conducted. Therefore, Plaintiff and other cadets got a hair follicle drug test to show no drug activity was occurring, which cadet command refused to allow into evidence or consider.
8. The video and photo evidence supporting the Defendant's allegations has never been provided.
9. The statement used to substantiate the Defendant's claim was obtained fraudulently and under false pretenses, requiring those accused to make false confessions.
10. The Defendants have never provided evidence to support their claim, but relies on the coerced statement.
11. Cadet Command has unduly delayed this process and is now requesting payment after interest has accrued on the debt.

Attachment C Relief

1. I am requesting that the Defendants, claim for $55,820 be dismissed.
2. Further, I am requesting that the monthly payments I have been making, $1,639 /month beginning June 13, 2023, be reimbursed, as well as the accrued interest be reimbursed. Any payments have not been an admission of guilt, but I have paid only to protect my credit rating and to avoid collection agencies, judgments, or garnishments while this case is being adjudicated.