IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARISSA N. GREGORY * | |
| Plaintiff * | |
| * | Civil Case No. JKB-23-1722 |
| v. * | |
| DEPARTMENT OF THE ARMY * | |
| UNITED STATES ARMY CADET | |
| COMMAND, et al. * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

In light of Plaintiffs' request for dismissal filed on July 5, 2023, (ECF No. 3), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this __10__ day of July, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge